1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Anita Rojas-Gonzalez

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ANITA ROJAS-GONZALEZ,            ) Case No.: 2:13-cv-07111-PLA
                                    )
12        Plaintiff,                ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
13   vs.                            ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting        )
   Commissioner of Social Security, )
15                                  )
          Defendant                 )
16 _____  )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $3,500.00 as
20
   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.
21
   DATE:  11/3/14
22
                                    _____
23                                  THE HONORABLE PAUL L. ABRAMS
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1 Respectfully submitted,

2 LAW OFFICES OF Lawrence D. Rohlfing

3 /s/ *Lawrence D. Rohlfing*
   _____
4 Lawrence D. Rohlfing
   Attorney for plaintiff Anita Rojas-Gonzalez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26